UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY GRAHAM, ELIZABATH ERKELENS, and EDD BIEL,<br><br>Plaintiffs,<br><br>v.<br><br>RATIONAL VACCINES, INC.,<br><br>Defendant. | Civil Action No.:<br>3:18-cv-03096 (CSB) (EIL)<br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

Plaintiffs Terry Graham, Elizabeth Erkelens and Edd Biel, by and through their attorneys, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., submit this proposed Amended Scheduling Order on behalf of all parties, after conferring with counsel for the Defendant, as follows:

1. The parties agree and stipulate that the deposition of Defendant's FRCP 30(b)(6) witness will be conducted via Zoom on **March 4, 2022** at 10 am Eastern Time.

2. Fact discovery is to be completed by **June 6, 2022.**

3. Expert discovery deadlines:

    a. Plaintiffs' expert report is to be served by **July 13, 2022**.

    b. Defendant's expert report is to be served by **August 17, 2022**.

    c. All expert deposition are to be held by **November 16, 2022**.

4. A telephonic status conference will be scheduled at the Court's convenience on or after **December 19, 2022**.

5. Dispositive motions are to be filed by **February 10, 2023.**

 

_____
Eric I. Long
United States Magistrate Judge

2940167.1