# SHERMAN SILVERSTEIN
ATTORNEYS AT LAW

Alan C. Milstein, Esquire
Direct Dial 856.661.2078
Direct Fax 856.661.2068
amilstein@shermansilverstein.com

June 3, 2022

**VIA ECF**
The Honorable Eric I. Long
United States Magistrate Judge
338 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

      **RE:** **Terry Graham, Elizabeth Erkelens and Eddy Biel**
             **vs. Rational Vaccines, a Successor to Viralvax LLC**
             **United States District Court Central District of Illinois**
             **Docket No.: 3:18-cv-03096**

Dear Judge Long:

      This firm represents plaintiffs in the above-referenced matter. The parties have been working diligently to adhere to the Amended Scheduling Order, however certain issues out of the parties' control have created a potential delay. On May 23, 2022, Your Honor entered an Order denying the Motion to Quash filed by Valeriy Sibilkov and ordered that his deposition take place within thirty (30) days of the Order. The undersigned has requested convenient dates from Mr. Sibilkov and is awaiting a response. Additionally, on May 16, 2022, plaintiffs served a Subpoena to testify at deposition directed to non-party Southern Illinois University College of Medicine. Counsel for SIU has just advised that the earliest date their representative is available is June 29, 2022. Lastly, plaintiffs are awaiting production of documents pursuant to a Subpoena for documents served on Anova on March 22, 2022. In light of the foregoing, plaintiffs respectfully request a sixty (60) day extension of the dates set forth in the Amended Scheduling Order entered on February 14, 2022. Counsel for defendants consents to and joins in the instant request.

East Gate Corporate Center, 308 Harper Drive, Suite 200, Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.661-2080 •
shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

3051848.1

Thank you for your attention to this matter.

Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
A Professional Corporation

*s/Alan C. Milstein*

ALAN C. MILSTEIN

ACM/ls
cc:  Phillip C. Semprevivo, Jr., Esquire (via ECF)
     Courtney Ross-Tait, Esquire (via ECF)
     Louis A. DePaepe, Esquire (via ECF)

3051848.1